# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1188**
**CA 13-00274**
PRESENT: SMITH, J.P., CENTRA, FAHEY, CARNI, AND WHALEN, JJ.

---

JOSEPH V. PARLATO, PLAINTIFF-APPELLANT,

                    V                                    ORDER

BILL E. SPRINGER, DEFENDANT-RESPONDENT.

---

BURD & MCCARTHY, BUFFALO (TIMOTHY A. MCCARTHY OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICES OF LAURIE G. OGDEN, BUFFALO (DANIEL J. CAFFREY OF COUNSEL), FOR DEFENDANT-RESPONDENT.

------------------------------------------------------------------------------------------------

　　　　Appeal from an order of the Erie County Court (Sheila A. DiTullio, J.), entered August 23, 2012.  The order affirmed an order and judgment of the Buffalo City Court dated October 17, 2011 and November 3, 2011, respectively.

　　　　It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at County Court.

Entered:  November 8, 2013                    Frances E. Cafarell
                                              Clerk of the Court